428 A.2d 972

**Willie WILEY, Elijah Brown, Curtis Woods, William Allen Taylor, Purcell Bronson, Theron Kittreles, Joseph Blair and James T. Cunningham**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.**

Supreme Court of Pennsylvania.

Argued April 22, 1981.

Decided May 5, 1981.

Alan J. Josel, Chief Public Defender, Joseph A. Ciccitto, Norristown, for appellant.

Robert Greevy, Board of Prob. and Parole, Harrisburg, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

The order of the Commonwealth Court is affirmed.

O'BRIEN, C. J., and WILKINSON, J., did not participate in the consideration or decision of this case.

KAUFFMAN, J., dissents.